```
                                                                    TEB    CLOSED

                          U.S. District Court
              FLS - Southern District of Florida Miami         0 5      9 1 2
                  CIVIL DOCKET FOR CASE #: 05-CV-22262

Schwartz v. Intel Corporation                            Filed: 08/16/05
Assigned to: Jose E. Martinez
Demand: $0                                  Nature of Suit: 370
Lead Docket: None                           Jurisdiction: Federal Question
Dkt # in other court: None

Cause: 28:1337 Sherman-Clayton Act


NATHANIEL SCHWARTZ,           Steve W. Berman
individually and on behalf of FTS 623-0594
others similarly situated     [COR LD NTC]
     plaintiff                Anthony D. Shapiro
                              [COR LD NTC]
                              Hagens & Berman
                              1301 5th Avenue
                              Suite 2900
                              Seattle, WA 98101
                              206-623-7292

                              Lance August Harke
                              FTS 536-8229
                              305-536-8222
                              [COR LD NTC]
                              Howard Mitchell Bushman
                              FTS 536-8229
                              [COR LD NTC]
                              Harke & Clasby
                              155 S Miami Avenue
                              Suite 600
                              Miami, FL 33130
                              305-536-8220

   v.

INTEL CORPORATION, a Delaware Harvey W. Gurland, Jr.
corporation                   FTS 960-2201
     defendant                305-960-2214
                              [COR LD NTC]
                              Duane Morris
                              200 S Biscayne Boulevard
                              Suite 3400
                              Miami, FL 33131
                              305-960-2200
-----------------------------------

08/16/05    1      COMPLAINT filed; FILING FEE $250.00 RECEIPT # 925802;
                   Magistrate Judge Ted E. Bandstra (bb) [Entry date 08/17/05]

08/17/05    2      SUMMONS(ES) issued for Intel Corporation (bb)
                   [Entry date 08/18/05]

08/18/05    3      ORDER requiring counsel to meet and file Joint Scheduling
                   Report and Proposed Order and directing parties to file
                   certificates of interested parties (Signed by Judge Jose E.
                   Martinez on 08/17/05) [EOD Date: 8/19/05] (bb)
                   [Entry date 08/19/05]

08/29/05    4      Letter sent to: Steve W. Berman, Esq. and Anthony D.
                   Shapiro, Esq. Re: Admissions. Mailing date: 08/29/05 (bb)
                   [Entry date 08/30/05]

09/02/05    5      Certificate of Interested Persons and Corporate Disclosure
                   Statement by Nathaniel Schwartz (mh) [Entry date 09/07/05]
```



RECEIVED JAN 9 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 1/5/06

```
Proceedings include all events.                                              TEB
1:05CV22262    Schwartz v. Intel Corporation                         CLOSED


09/02/05      6         Statement of Disclosure by Intel Corporation  re: [1-1]
                        complaint (lk) [Entry date 09/07/05]

09/27/05      7         AGREED MOTION by Nathaniel Schwartz, Intel Corporation to
                        extend time for Defendant to respond to Plantiff's
                        Complaint (bb) [Entry date 09/28/05]

10/20/05      8         ORDER denying without prejudice [7-1] joint motion to
                        extend time for Defendant to respond to Plantiff's
                        Complaint ( Signed by Judge Jose E. Martinez on 10/20/05)
                        [EOD Date: 10/21/05] (bb) [Entry date 10/21/05]

11/01/05      9         AGREED MOTION with memorandum in support by Nathaniel
                        Schwartz, Intel Corporation to stay action (bb)
                        [Entry date 11/02/05]

11/01/05      10        DECLARATION of Gregory F. Wells by Nathaniel Schwartz,
                        Intel Corporation in support of [9-1] motion to stay action
                        (bb) [Entry date 11/02/05]

11/16/05      11        JOINT SUPPLEMENT by Nathaniel Schwartz, Intel Corporation
                        to: [9-1] motion to stay action pending transfer (bb)
                        [Entry date 11/18/05]

11/23/05      12        ORDER staying case, and dismissing /administratively
                        closing case ( Signed by Judge Jose E. Martinez on
                        11/23/05) [EOD Date: 11/29/05] (sk) [Entry date 11/29/05]

11/23/05      ---       CASE CLOSED. Case and Motions no longer referred to
                        Magistrate. (sk) [Entry date 11/29/05]

12/28/05      13        CONDITIONAL TRANSFER ORDER (CTO- 1)  transferring case
                        District of Delaware re: MDL # 1717 for consolidated
                        pretrial proceedings pursuant to 28 USC 1407 and  assigned
                        to Judge Joseph J. Farnan. ( Signed by Michael J. Beck,
                        Chairman of the Panel, on 12/22/05) (ct)
                        [Entry date 12/29/05]
```