05    912

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NATHANIEL SCHWARTZ, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, a Delaware corporation,<br><br>   Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NO.: 05-222 62  |

TO:   Intel Corporation
      C T Corporation System, Registered Agent
      1200 South Pine Island Road
      Plantation, Florida 33324

RECEIVED JAN 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Harke & Clasby LLP
   155 South Miami Avenue, Suite 600
   Miami, FL 33130
   Telephone: 305-536-8220
   Facsimile: 305-536-8229

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK   Marsha Diaz
BY DEPUTY CLERK

DATE   8/17/05

2/66