## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

05    912

Clarence Maddox
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

August 29, 2005

Steve W. Berman, Esq.
Anthony D. Shapiro, Esq.
Hagens Berman Sobol Shapiro
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101



FILED by ___ D.C.
AUG 29 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

RECEIVED
JAN 9 2006

Dear Counsel:

As you know, your names appear on the service list of a document filed with this Court in Case # 05-CIV-22262-Martinez. Our records, however, indicate that you are not members of the Southern District of Florida Bar. Pursuant to Local Rule 4(B) of the *Special Rules Governing the Admission and Practice of Attorneys*, only members of the Bar of this District may appear as attorneys in this Court except when *pro hac vice* appearance is permitted by the Court.

In order to file documents and appear in this Court *pro hac vice*, you are required to complete a written motion requesting permission to appear and participate in a particular case. The Rule requires that the motion designate a member of the Bar of this Court who maintains an office in this District for the practice of law, to act as local counsel with whom the Court and opposing counsel may readily communicate and upon whom papers shall be served. The Rule further requires that the motion be accompanied by a written statement from local counsel consenting to the designation, along with certification from the applicant that he or she has studied the Local Rules and is a member in good standing of the bar of any United States Court or the highest Court of any state or territory of the United States.

Administrative Order 96-61 provides that an admissions fee of $75.00 is to be paid by every attorney seeking admission to our Local Bar as well as those attorneys petitioning the Court to appear and participate in a particular case under Rule 4(B). The fee should be paid by check made payable to "U.S. Courts" and accompanied by your motion and certification.

A form motion requesting leave to appear *pro hac vice* can be downloaded from our website at www.flsd.uscourts.gov, or by contacting this office. If you have any questions, you may contact Attorney Admissions at (305) 523-5265.

Sincerely,

CLARENCE MADDOX
Court Administrator • Clerk of Court

by: _____
Catherine Wade, Attorney Admissions

c:   United States District Judge Martinez
     File

---

*"It is our honor and duty to provide the support necessary to enable the Court as an institution to fulfill its constitutional, statutory, and societal responsibilities for all who seek justice."*