Case 1:05-cv-00912-JJF    Document 13-6    Filed 01/09/2006    Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 05-22262-CIV-MARTINEZ/BANDSTRA



NIGHT BOX
FILED

SEP 0 2 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

NATHANIEL SCHWARTZ, individually and
on behalf of all others similarly situated,

        Plaintiffs,

v.

INTEL CORPORATION, a Delaware
corporation,

        Defendants.

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Nathaniel Schwartz, by and through his undersigned attorneys, and pursuant to the Court's August 18, 2005 Order, files the following Certificate of Interested Persons and Corporate Disclosure Statement:

### Certificate of Interested Persons

Nathaniel Schwartz, Plaintiff

Lance A. Harke, P.A., Harke & Clasby LLP

    Counsel for Plaintiff

Steve W. Berman, Esq., Hagens Berman Sobel Shapiro LLP

    Counsel for Plaintiff

### Corporate Disclosure Statement

Plaintiff Nathaniel Schwartz is an individual.

HARKE & CLASBY LLP
155 South Miami Avenue • Suite 600 • Miami, FL 33130 • Tel. 305-536-8220 • Fax 305-536-8229

CASE NO. 05-22262-CIV-MARTINEZ

Respectfully Submitted,

By_____
LANCE A. HARKE, P.A.
Florida Bar. No. 863599
HOWARD M. BUSHMAN, ESQ.
Florida Bar No. 0364230
HARKE & CLASBY LLP
155 South Miami Avenue
Suite 600
Miami, Florida 33130
Telephone: (305) 536-8220
Facsimile: (305) 536-8229

-and-

STEVE W. BERMAN
ANTHONY D. SHAPIRO
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Steve@hbsslaw.com

CASE NO. 05-22262-CIV-MARTINEZ

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via facsimile and 1st Class U.S. Mail this 2nd day of Septemeber, 2005 upon:

Harvey W. Gurland, Jr., P.A.
Duane Morris LLP
200 South Biscayne Boulevard
Suite 3400
Miami, Florida 33131
305.960.2214 (phone)
305.960.2201 (fax)