912

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 05-22262-CIV- MARTINEZ/BANDSTRA

NATHANIEL SCHWARTZ,
individually and on behalf of all others
similarly situated,

  Plaintiffs,

v.

INTEL CORPORATION, a Delaware
Corporation

  Defendant.



RECEIVED
JAN 9 2006
U.S. DISTRICT COURT

### DEFENDANT INTEL CORPORATION'S
### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant Intel Corporation ("Intel") discloses that there is no parent company and no publicly held entity that owns 10% or more of Intel.

Dated: September 1, 2005

DUANE MORRIS LLP

_____
Harvey W. Gurland, Jr., P.A.
(Fla. Bar No. 284033)
200 South Biscayne Boulevard, 34th Floor
Miami, Florida 33131
Telephone:  (305) 960-2200
Facsimile:  (305) 960-2201

BINGHAM McCUTCHEN LLP
David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Richard A. Ripley
1120 20th Street, N.W., Suite 800
Washington, DC 20036
Telephone: (202) 778-6101
Facsimile: (202) 393-6929

Attorneys for Defendant
INTEL CORPORATION

## CERTIFICATE OF SERVICE

This is to certify that I have this 2nd day of September, 2005 served the foregoing Intel Corporation's Fed.R.Civ.P. 7.1 Disclosure Statement by United States Mail addressed to: Lance A. Harke, P.A., Howard M. Bushman, Esq., Harke & Clasby, LLP, 155 South Miami Avenue, Suite 600, Miami, Florida 33130 and Steve W. Berman, Esq., Anthony D. Shapiro, Esq., 1301 Fifth Avenue, Suite 2900, Seattle, Washington 98101.

Harvey W. Gurland, Jr., P.A.

MIA\156502.1