U 5     9 1 2

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division



FILED by _____ D.C.

OCT 2 0 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**Case Number: 05-22262-CIV-MARTINEZ-BANDSTRA**

NATHANIEL SCHWARTZ, individually and on
behalf of all others similarly situated,

      Plaintiffs,

vs.

INTEL CORPORATION, a Delaware
corporation,

      Defendants.

_____/



RECEIVE

JAN 9 2006

COURT
DISTRICT OF DELAWARE

### ORDER DENYING AGREED MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE came before the Court upon the parties' Agreed Motion for Enlargement of
Time **(D.E. No. 7 )**, filed on **September 27, 2005**.  That motion requests an indefinite
enlargement of time that is contingent on the resolution of a potential motion to consolidate or
coordinate multi-district litigation, which has not yet been filed.  The Court has carefully
considered the motion and is otherwise duly advised.  It is hereby:

      **ORDERED AND ADJUDGED** that

      The parties' Agreed Motion for Enlargement of Time **(D.E. No. 7 )** is **DENIED without
prejudice**.  The parties may file a motion to stay this case pending transfer or consolidation
related to multi-district litigation if the circumstance require such a motion.

      DONE AND ORDERED in Chambers at Miami, Florida, this **20** day of October, 2005.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record