9 1 2



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

NATHANIEL SCHWARTZ,
individually and on behalf of all others
similarly situated,

      Plaintiffs,

v.

INTEL CORPORATION, a Delaware
Corporation

      Defendant.

C.A. No. 05-22262



## DECLARATION OF GREGORY F. WELLS IN SUPPORT OF MOTION TO STAY

1.    My name is Gregory F. Wells. I am over the age of 18 and competent to give testimony. If called upon, I would testify as to the facts in this Declaration.

2.    I am an associate at the law firm of Bingham McCutchen LLP. Bingham McCutchen represents Intel Corporation in this matter.

3.    As of the date of this Declaration, there have been 72 putative class actions against Intel filed in or removed to multiple federal courts ("the Related Actions") over the last three months alleging essentially word-for-word facts and similar state and federal antitrust claims. Attached as Tab A is a list of these Related Actions. All but two of these cases were originally filed in federal court. These exceptions are *Cory Wiles et al. v. Intel Corp.*, which was filed in the Thirteenth Judicial District, Circuit Court of Shelby County, Tennessee and removed to the United States District Court for the Western District of Tennessee on September 19, 2005 and *Marvin D. Chance, Jr. et al. v. Intel Corp.*, which was filed in the District Court of Seward

    1

County, Kansas and removed to the United States District Court for the District of Kansas on October 3, 2005.

4.     All of the Related Actions, including this case, are subject to a petition before the Judicial Panel on Multidistrict Litigation to transfer and consolidate them to a single MDL court pursuant to 28 U.S.C. § 1407. Attached as Tab B is a true and correct copy of the MDL petition filed by plaintiffs in *Brauch et al. v. Intel Corp.*, No. C-02-2743 (N.D. Cal. filed July 5, 2005). The MDL proceeding has been entitled *In re Intel Corp. Microprocessor Antitrust Litigation*, MDL 1717, and the JPML heard arguments with respect to the MDL petition on September 29, 2005 in Asheville, NC.   The districts suggested to the JPML as the potential MDL courts are: (1) the District of Delaware; (2) the Southern District of California; and (3) the Northern District of California. This District has not been mentioned as a possible venue by any of the parties in the actions subject to the MDL 1717 Petition.

5.     Attached hereto as Tab C is a true and correct copy of the notice of related, tag-along action filed by Intel before the JPML on September 16, 2005 identifying the *Schwartz* case as a related action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

October 31, 2005

Gregory F. Wells

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was sent via United States Mail this _1st_ day of November, 2005, to: Lance A. Harke, P.A., Howard M. Bushman, Esq., Harke & Clasby, LLP, 155 South Miami Avenue, Suite 600, Miami, Florida 33130 and Steve W. Berman, Esq., Anthony D. Shapiro, Esq., 1301 Fifth Avenue, Suite 2900, Seattle, Washington 98101.

Harvey W. Gurland, Jr., P.A.

**TAB A**

## INDEX OF INTEL CLASS ACTION COMPLAINTS BY JURISDICTION

| TAB | COMPLAINT |
|---|---|
| | **USDC - Northern District of California** |
| 1. | Susan **Baxley**, et al. v. Intel Corporation, Case No. 05-2758, Filed 7/6/05 |
| 2. | Michael **Brauch** v. Intel Corp., Case No. 05-2743, Filed 7/5/05 |
| 3. | Dwight E. **Dickerson** v. Intel Corp., Case No. 05-02818 JL, Filed 7/11/05 |
| 4. | Huston **Frazier**, et al. v. Intel Corp., Case No. 05-02813 JL, Filed 7/11/05 |
| 5. | Steven J. **Hamilton**, et al. v. Intel Corp., Case No. 05-2721, Filed 7/1/05 |
| 6. | **The Harman Press** v. Intel Corp., Case No. 05-02823 EDL, Filed 7/11/05 |
| 7. | Ronald **Konieczka**, et al. v. Intel Corp., Case No. 05-2700, Filed 6/30/05 |
| 8. | David E. **Lipton**, et al. v. Intel, Case No. 05 2669, Filed 6/29/05 |
| 9. | Patricia M. **Niehaus**, et al. v. Intel Corp., Case No. 05-2720, Filed 7/1/05 |
| 10. | Maria I. **Prohias**, et al. v. Intel Corp., Case No. 05-2699, Filed 6/30/05 |
| 11. | **Shanghai** 1930 Restaurant v. Intel Corp., Case No. 05 2830 EDL, Filed 7/12/05 |
| 12. | Benjamin **Allanoff** v. Intel Corp., Case No. 05-2834 MMC, Filed 7/12/05 |
| 13. | **Major League Softball**, Inc. v. Intel Corp., Case No. 05-2831 EDL, Filed 7/12/05 |
| 14. | **Lazio** Family Products v. Intel, Case No. 05-2859, Filed 7/13/05 |
| 15. | Law Offices Laurel **Stanley** & Wm. Cronin v. Intel, Case No. 05-2858 EDL, Filed 7/13/05 |
| 16. | Ian **Walker** v. Intel, Case No. 05-2882 MEJ, Filed 7/14/05 |
| 17. | Peter Jon **Naigow**, individually and on behalf of all similarly situated v. Intel, Case No. C-05-2898, Filed 7/15/05 |
| 18. | Kevin **Stoltz** , individually and on behalf of all similarly situated v. Intel, Case No. C-05-2897, Filed 7/15/05 |
| 19. | Patrick **Hewson** v. Intel, Case No. C-05-2916 SC, Filed 7/18/05 |
| 20. | Lawrence **Lang** on behalf of himself and all others similarly situated v. Intel, Case No. C-05-2957 MEJ, Filed 7/20/05 |
| 21. | **Trotter-Vogul Realty, Inc.** d/b/a Prudential California Realty individually and on behalf of all those similarly situated v. Intel, Case No. 05-3028, Filed 7/26/05 |
| 22. | Karol **Juskiewicz** on behalf of himself and all others similarly situated v. Intel, Case No. C-05-3094 Filed 7/28/05 |
| 23. | Athan **Uwakwe**, d/b/a/ Tom Cyp Computers, individually, and on behalf of all those similarly situated v. Intel, Case No. C-05-3197 BZ Filed 08/08/05 |
| 24. | Jose **Juan**, on behalf of himself and all others similarly situated v. Intel, Case No. C-05-3271 EMC Filed 08/10/05 |
| 25. | **Dressed to Kill Draperies**, LLC, and all others similarly situated v. Intel, Case No. C-05-3272 JL Filed 08/10/05 |
| 26. | Tracy **Kinder**, on behalf of himself and all others similarly situated v. Intel, Case No. C-05-3273 EMC Filed 08/10/05 |
| 27. | Edward **Rush** on behalf of himself and all others similarly situated v. Intel, Case No. C-05-3277 EDL Filed 08/11/05 |

| | COMPLAINT |
|---|---|
| | **USDC for the District of Delaware** |
| 28. | Jim **Kidwell**, et al. v. Intel Corp., Case No. 1:05-cv-00470, Filed 7/06/05 |
| 29. | Matthew **Kravitz**, et al. v. Intel Corp. , Case No. 1:05-cv-00476, Filed 7/08/05 |
| 30. | Robert J. **Rainwater**, et al. v. Intel Corp. , Case No. 1:05-cv-00473, Filed 7/07/05 |
| 31. | Michael **Ruccolo** v. Intel, Case No. 1:05-cv-00478-UNA, Filed 7/8/05 |
| 32. | Phil **Paul** v. Intel, Case No. 1:05-cv-00485-UNA, Filed 7/12/05 |
| 33. | Ryan James **Volden**, et al. v. Intel, Case No. 1:05-cv-00488, Filed 7/13/05 |
| 34. | Michael K. **Simon** v. Intel ,Case No. 1:05-cv-00490, Filed 7/13/05 |
| 35. | Ludy A. **Chacon** & Darice Russ v. Intel, , Case No. 1:05-cv-00489, Filed 7/13/05 |
| 36. | Christian **Ambrusoso** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00505-UNA, Filed 7/20/05 |
| 37. | Michael E. **Ludt** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00510-UNA, Filed 7/20/05 |
| 38. | Paul C. **Czysz** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00509-UNA, Filed 7/20/05 |
| 39. | Elizabeth B. **Baran** on behalf of herself and all others similarly situated v. Intel, Case No. 1:05-cv-00508-UNA, Filed 7/20/05 |
| 40. | **Ficor Acquisition Co. LLC**, et al. on their behalves and on behalf of all others similarly situated v. Intel Corporation. Case No. 1:05-cv-00515-UNA, Filed 7/21/05 |
| 41. | **HP Consulting Services Inc**. on behalf of itself and all others similarly situated v. Intel, Case No. 1:05-cv-00521-UNA, Filed 7/22/05 |
| 42. | **Fairmont Orthopedics & Sports Medicine** on behalf of itself and all others similarly situated v. Intel, Case No. 1:05-cv-00519-UNA, Filed 7/22/05 |
| 43. | Carrol **Cowan** et al. individually and on behalf of all others similarly situated v. Intel, Case No. 1:05-cv-00522-UNA, Filed 7/22/05 |
| 44. | Law Offices of Kwasi **Asiedu** on behalf of itself and all others similarly situated v. Intel, Case No. 1:05-cv-00520-UNA, Filed 7/22/05 |
| 45. | Lena K. **Manyin** and Jason **Craig** on their own behalves and on behalf of those similarly situated v. Intel, Case No. 1:05-cv-00526-UNA, Filed 7/22/05 |
| 46. | Joseph Samuel **Cone** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00531-UNA, Filed 7/25/05 |
| 47. | Jerome **Feitelberg** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00532-UNA, Filed 7/25/05 |
| 48. | Robin S. **Weeth** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00533-UNA, Filed 7/25/05 |
| 49. | Melinda **Harr**, D.D.S., P.C. on behalf of itself and all others similarly situated v. Intel Case No. 1:05-cv-00537-UNA, Filed 7/26/05 |
| 50. | Andrew S. **Cohn** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00539-UNA, Filed 7/26/05 |
| 51. | Maria **Griffin** on behalf of herself and all others similarly situated v. Intel, Case No. 1:05-cv-00540-UNA, Filed 7/26/05 |
| 52. | Henry **Kornegay** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00541-UNA, Filed 7/26/05 |

| | |
|---|---|
| 53. | Paul **Ramos** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00544-UNA, Filed 7/28/05 |
| 54. | **Bergerson & Associates, Inc.** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00547-UNA, Filed 7/28/05 |
| 55. | David **Arnold** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00554-UNA, Filed 8/01/05 |
| 56. | Lee **Pines** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00560-UNA, Filed 8/02/05 |
| 57. | Stuart **Munson** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00558-UNA, Filed 8/02/05 |
| 58. | Phillip **Boeding** on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00557-UNA, Filed 8/02/05 |
| 59. | Angel **Genese** et al. on behalf of themselves and all others similarly situated v. Intel, Case No. 1:05-cv-00556-UNA, Filed 8/01/05 |
| 60. | Jodi **Salpeter** et al. on behalf of themselves and all others similarly situated v. Intel, Case No. 1:05-cv-00575-UNA, Filed 8/01/05 |
| 61. | Gabriella **Herroeder-Perras**, on behalf of herself and all others similarly situated v. Intel, Case No. 1:05-cv-00616-UNA, Filed 8/22/05 |
| 62. | Michael H. **Roach**, on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00617-UNA, Filed 8/22/05 |
| 63. | Damon **DiMarco** individually, and on behalf of all others similarly situated v. Intel, Case No. 1:05-cv-00627-UNA, Filed 8/25/05 |
| 64. | Bill **Richards**, et al., on their own behalves and on behalf of all others similarly situated v. Intel, Case No. 1:05-cv-00672-UNA, Filed 9/15/05 |
| 65. | Stuart **Schupler**, on behalf of himself and all others similarly situated v. Intel, Case No. 1:05-cv-00674-UNA, Filed 9/16/05 |
| 66. | Robert **Marshall** d/b/a Marshall Realty, individually, and on behalf of all those similarly situated v. Intel Corporation, Case No. 1:05-cv-00686 |
| 67. | David **Kurzman** individually, and on behalf of all those similarly situated v. Intel Corporation, Case No. 1:05-cv-00710, Filed 09/29/05 |

| | COMPLAINT |
|---|---|
| | **USDC - Southern District of California** |
| 68. | Justin **Suarez** on behalf of himself and all others similarly situated v. Intel, Case No. 05-CV-1507, Filed 7/27/05 |

| | COMPLAINT |
|---|---|
| | **USDC - Southern District of Florida** |
| 69. | Nathaniel **Schwartz**, individually and on behalf oa all others similarly situated v. Intel Case No. 05-22262 Filed 08/16/05 |

| | **USDC – Eastern District of Tennessee** |
|---|---|
| 70. | Andrew **Armbrister** and Melissa Armbrister, on behalf of themselves and all others similarly situated, v. Intel, Case No. 2:05-cv-212 Filed 08/19/05 |

| CONFIDENTIAL | |
|---|---|
| **USDC - Western District of Tennessee** | |
| 71. | Cory **Wiles** individually and on behalf of all similarly situated v. Intel Corporation Case No. 05-2605 JDB. |

| TAB | COMPLAINT |
|-----|-----------|
| **USDC - District of Kansas** ||
| 72. | Marvin D. Chance, Jr., on behalf of himself and all others similarly situated, v. Intel Corporation, Case No. 6:05-cv-01303-JTM-KMH Removed 10/03/05 |

**TAB B**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 4 2005

FILED
CLERK'S OFFICE

**MDL 1717**

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE INTEL MARKET PRACTICES          :
ANTITRUST LITIGATION                  :          MDL DOCKET NO. _____
                                      :

## PLAINTIFFS MICHAEL BRAUCH AND ANDREW MEIMES' MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE FOR PRETRIAL PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407

Plaintiffs Michael Brauch and Andrew Meimes ("Plaintiffs") respectfully move the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") for an Order, pursuant to 28 U.S.C. § 1407, that would accomplish the following.

First, Plaintiffs ask the JPML to transfer four actions currently pending in the United States District Court for the District of Delaware, as well as any cases that may subsequently be filed asserting similar or related claims, to the United States District Court for the Northern District of California, San Francisco Division. The actions currently pending in the District of Delaware are as follows: (1) *Advanced Micro Devices, Inc. v. Intel Corp., et al.* No. 1:05-cv-00441 (D. Del., filed June 27, 2005); (2) *Kidwell, et al. v. Intel Corp,* No.

56555.1

1:05-cv-00470 (D. Del., filed July 6, 2005); (3) *Rainwater, et al. v. Intel Corp.*, No. 1:05-cv-00473 (D. Del., filed July 6, 2005); and (4) *Kravitz, et al. v. Intel Corp.*, No. 1:05-cv-476 (D. Del., filed July 8, 2005).

        Second, Plaintiffs ask the JPML to consolidate the above four proceedings with the ten actions that are currently pending in the United States District Court for the Northern District of California. As of July 11, 2005, Plaintiffs are aware of the following actions pending in the Northern District: (1) *Brauch, et al. v. Intel Corp.*, No. C:05-2743 (BZ) (N.D. Cal., filed July 5, 2005); (2) *Konieczka v. Intel Corp.*, No. C:05-2700 (MHP) (N.D. Cal., filed June 30, 2005); (3) *Prohias v. Intel Corp.*, No. C:05-2699 (JL) (N.D. Cal., filed June 30, 2005); (4) *Niehaus v. Intel Corp.*, No. C:05-2720 (JCS) (N.D. Cal., filed July 1, 2005); (5) *Hamilton v. Intel Corp.*, No. C:05-2721 (JCS) (N.D. Cal., filed July 1, 2005); (6) *Baxley v. Intel Corp.*, No. C:05-2758 (EMC) (N.D. Cal., filed July 6, 2005); (7) *Lipton v. Intel Corp.*, No. C:05-2669 (MHP) (N.D. Cal., filed June 29, 2005); (8) *Frazier, et al. v. Intel Corp.*, No. C:05-2813 (N.D. Cal., filed July 11, 2005); (9) *Dickerson v. Intel Corp.*, No. C:05-2818 (JL) (N.D. Cal., filed July 11, 2005); and (10) *The Harman Press v. Intel Corp.*, (this case was filed late in the day therefore no number has been assigned by the court as of the date of this filing) (N.D. Cal., filed July 11, 2005). In support of their motion for transfer and consolidation, Plaintiffs state as follows.

        1.    The actions for which transfer and consolidation are proposed arise out of the same or similar illegal antitrust conduct and allege substantially similar claims. One of the actions was brought by Advanced Micro Devices ("AMD"), a competitor of defendant Intel Corporation ("Intel"). The remaining thirteen actions are brought on behalf of consumers who purchased Intel microprocessor computer chips ("Intel Chips"). All fourteen actions allege that Intel and its controlled subsidiaries and/or affiliates illegally maintained its monopoly power in the relevant microprocessor market and/or that Intel conspired to fix, raise, maintain and/or stabilize prices for Intel Chips sold in the United States and elsewhere. Intel manufactures, distributes, advertises and sells Intel Chips throughout the United States and the world.

2.    Plaintiffs propose that the four actions pending in the District of Delaware be consolidated with the ten actions currently pending in the Northern District of California.

3.    All fourteen actions arise out of a common core of factual allegations, namely, that Intel illegally maintained its monopoly power in the relevant microprocessor market and/or engaged in a combination and conspiracy to suppress and eliminate competition in that market by fixing the prices of and/or allocating markets for Intel Chips sold in the United States and elsewhere, thus overcharging Original Equipment Manufacturer purchasers and consumers for prices paid for Intel Chips during the relevant time period.

4.    The centralization of these actions in a single judicial district for consolidated pretrial proceedings will promote the just and efficient conduct of these actions, will serve the convenience of all parties and witnesses, and will promote the interest of justice because all fourteen actions involve the same or similar factual and legal issues.

5.    Consolidation of the actions before a single court will conserve judicial resources, reduce litigation costs, prevent potentially inconsistent pretrial rulings, eliminate duplicative discovery, and permit the cases to proceed to trial more efficiently.

6.    All fourteen actions are in the very early stages of litigation; no responsive pleadings have been filed nor has any discovery been conducted.

7.    The proposed transfer and consolidation in the Northern District of California "will be for the convenience of parties and witnesses and will promote the just and efficient conduct" of these actions because it is expected that for each Plaintiff in each of the fourteen actions, counsel will take discovery of the same witnesses and documents to prove the same or similar conspiracy or conduct.

8.    Furthermore: (a) the majority of the cases (ten out of the fourteen cases) were filed in the Northern District of California; (b) the Northern District of California has the resources and judicial expertise to properly conduct this case; (c) Intel's principal place of business is located in the Northern District of California; (d) AMD's principal place of business is located in the Northern District of California; (e) likely witnesses and documentary

evidence are located in the Northern District; (f) the Court is centrally located to all parties; and (g) docket conditions favor the Northern District of California over the District of Delaware.

       9.    Plaintiffs' motion is based on the accompanying memorandum of law, the filed pleadings and papers, and other materials that may be presented to the Panel before or at the time of any hearing in this matter.

       WHEREFORE, Plaintiffs respectfully request that the Panel order that the four actions pending in the District of Delaware, as well as any cases that may be subsequently filed asserting related or similar claims, be transferred to the Northern District of California, San Francisco Division for consolidated and coordinated pretrial proceedings.

Dated: July 11, 2005                    Respectfully submitted,

By:                                
       Michael P. Lehmann (Cal. Bar. No. 77152)
       Thomas P. Dove (Cal. Bar. No. 51921)
       Alex C. Turan (Cal. Bar. No. 227273)
       THE FURTH FIRM LLP
       225 Bush Street, 15th Floor
       San Francisco, CA 94104
       Telephone: (415) 433-2070
       Facsimile: (415) 982-2076

       Francis O. Scarpulla (Cal. Bar. No. 41059)
       LAW OFFICES OF FRANCIS O.
       SCARPULLA
       44 Montgomery Street, Suite 3400
       San Francisco, CA 94104
       Telephone: (415) 788-7210
       Facsimile: (415) 788-0707

       Craig C. Corbitt (Cal. Bar. No. 83251)
       ZELLE HOFMANN VOELBEL MASON &
       GETTE, LLP
       44 Montgomery Street, Suite 3400
       San Francisco, CA 94104
       Telephone: (415) 693-0700
       Facsimile: (415) 693-0770

       Attorneys for Plaintiffs Michael Brauch and
       Andrew Meimes

56555.1

## CERTIFICATE OF SERVICE

I, Alex C. Turan, on behalf of Plaintiffs Michael Brauch and Andrew Meimes, hereby certify that true and correct copies of the following documents were served on July 11, 2005, via U.S. mail on the court, counsel and/or parties of record listed below:

- Plaintiffs Michael Brauch and Andrew Meimes' Motion to Transfer and Coordinate or Consolidate for Pretrial Proceedings in the Northern District of California Pursuant to 28 U.S.C. § 1407;

- Memorandum of Points and Authorities in Support of Plaintiffs Michael Brauch and Andrew Meimes' Motion to Transfer and Coordinate or Consolidate for Pretrial Proceedings in the Northern District of California Pursuant to 28 U.S.C. § 1407;

- Exhibits to Plaintiffs Michael Brauch and Andrew Meimes' Motion to Transfer and Coordinate or Consolidate for Pretrial Proceedings in the Northern District of California Pursuant to 28 U.S.C. §1407;

- Plaintiffs Michael Brauch and Andrew Meimes' Reasons Why Oral Argument Should Be Heard;

- Certificate of Service;

- Cover letter to Clerk, United States District Court for the Northern District of California; and

- Cover letter to Clerk, United States District Court for the District of Delaware.

## COURTS

Clerk of Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
Telephone:    (415) 522-2000

Clerk of Court
U.S. District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801
Telephone:    (302) 573-6170

56625.1                                                      -1-

DEFENDANT

Intel Corporation
c/o CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

PLAINTIFFS' COUNSEL IN RELATED ACTIONS

Lee M. Gordon
Elaine T. Byszewski
Hagens Berman Sobol Shapiro LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Telephone:    (213) 330-7150
Facsimile:    (213) 330-7152
Counsel for Plaintiffs in *Lipton, Konieczka, Prohias, Hamilton* and *Niehaus* Actions

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:    (206) 623-7292
Facsimile:    (206) 623-0594
Counsel for Plaintiffs in *Lipton, Konieczka, Prohias, Hamilton* and *Niehaus* Actions

Jeffrey F. Keller
Kathleen R. Scanlan
Law Offices of Jeffrey F. Keller
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone:    (415) 543-1305
Facsimile:    (415) 543-7861
Counsel for Plaintiffs in *Lipton, Konieczka, Prohias, Hamilton, Niehaus* and *Baxley* Actions

Jeffrey S. Goldenberg
John C. Murdock
Murdock Goldenberg Schneider & Groh, L.P.A.
700 Walnut Street, Suite 400
Cincinnati, OH 45202-2011
Telephone:    (513) 345-8291
Facsimile:    (513) 345-8294
Counsel for Plaintiffs in *Konieczka* and *Niehaus* Actions

Lance A. Harke
Howard M. Bushman
Harke & Clasby LLP
155 South Miami Avenue, Suite 600
Miami, FL 33130
Telephone:    (305) 536-8222
Facsimile:    (305) 536-8229
Counsel for Plaintiff in *Prohias* Action

Francis O. Scarpulla
Law Offices of Francis O. Scarpulla
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 788-7210
Facsimile:    (415) 788-0707
Counsel for Plaintiffs in *Brauch* Action

Craig C. Corbitt
Zelle Hofmann Voelbel Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
Counsel for Plaintiffs in *Brauch* Action

Mark Reinhardt
Garrett D. Blanchfield, Jr.
Reinhardt Wendorf & Blanchfield
332 Minnesota Street, Suite E-1250
St. Paul, MN 55101
Telephone:    (651) 287-2100
Facsimile:    (651) 287-2103
Counsel for Plaintiff in *Baxley* Action

Eric J. Belfi
Murray Frank & Sailer, LLP
275 Madison Avenue
New York, NY 10016
Telephone:    (212) 682-1818
Facsimile:    (212) 682-1892
Counsel for Plaintiff in *Baxley* Action

Michele C. Jackson
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone:    (415) 956-1000
Facsimile:    (415) 956-1008
Counsel for Plaintiffs in *Frazier* Action

David S. Stellings
Jennifer Gross
Lieff Cabraser Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Telephone:    (212) 355-9500
Facsimile:    (212) 355-9592
Counsel for Plaintiffs in *Frazier* Action

Spencer Hosie
Bruce J. Wecker
Hosie McArthur LLP
One Market
Spear Street Tower, #2200
San Francisco, CA  94105
Telephone:    (415) 247-6000
Facsimile:    (415) 247-6001
**Counsel for Plaintiff in *Dickerson* Action**

Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA  94111
Telephone:    (415) 217-6810
Facsimile:    (415) 217-6813
**Counsel for Plaintiff in *Harman Press* Action**

Randy R. Renick
Law Offices of Randy R. Renick
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA  91103
Telephone:    (626) 585-9608
Facsimile:    (626) 585-9610
**Counsel for Plaintiff in *Harman Press* Action**

Jesse A. Finkelstein
Frederick L. Cottrell, III
Chad M. Shandler
Steven J. Fineman
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
Telephone:    (302) 651-7500
Facsimile:    (302) 651-7701
**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Charles P. Diamond
Linda J. Smith
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067
Telephone:    (310) 246-6800
Facsimile:    (310) 246-6779
**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Mark A. Samuels
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:     (213) 430-6340
Facsimile:     (213) 430-6407
**Counsel for Plaintiffs in *Advanced Micro Devices* Action**

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE  19999
Telephone:     (302) 656-2500
Facsimile:     (302) 656-9053
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell*
Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action**

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
Wolf Haldenstein Adler Freeman & Herz LLP
750 B Street, Suite 2770
San Diego, CA  92101
Telephone:     (619) 239-4599
Facsimile:     (619) 234-4599
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell*
Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action**

Fred Taylor Isquith
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY  10016
Telephone:     (212) 545-4600
Facsimile:     (212) 545-4653
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell*
Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action**

Mary Jane Edelstein Fait
Adam J. Levitt
Wolf Haldenstein Adler Freeman & Herz LLP
55 West Monroe Street, Suite 1111
Chicago, IL  60603
Telephone:     (312) 984-0000
Facsimile:     (312) 984-0001
**Counsel for Plaintiffs Kidwell, Reeder, Maita, JWRE, Moeller and Harms in *Kidwell*
Action, and Plaintiffs Rainwater, Chapman and Yaco in *Rainwater* Action**

Ann Lugbill
2406 Auburn Avenue
Cincinnati, OH 45219
Telephone:    (513) 784-1280
Facsimile:    (513) 784-1449
**Counsel for Plaintiff Reeder in *Kidwell* Action**

Brandon N. Voelker
28 West 5th Street
Covington, KY 41011
Telephone:    (859) 491-5551
**Counsel for Plaintiff Reeder in *Kidwell* Action**

Gene Summerlin
Ogborn, Summerlin & Ogborn, P.C.
210 Windsor Place
330 South Tenth Street
Lincoln, NE 68508
Telephone:    (402) 434-8040
Facsimile:    (402) 434-8044
**Counsel for Plaintiffs JWRE, Moeller and Harms in *Kidwell* Action**

Robert J. Sharkey
Vandervoort, Christ & Fisher, PC
Fifth Third Bank Building, Suite 312
67 West Michigan Avenue
Battle Creek, MI 49017
Telephone:    (269) 965-7000
Facsimile:    (269) 965-0646
**Counsel for Plaintiff Rainwater in *Rainwater* Action**

Richard A. Lockridge
Robert K. Shelquist
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:    (612) 339-6900
Facsimile:    (612) 339-0981
**Counsel for Plaintiff Chapman in *Rainwater* Action**

Noah Golden-Krasner
Law Offices of Noah Golden-Krasner
354 West Main Street
Madison, WI 53703
Telephone:    (608) 441-8924
Facsimile:    (608) 442-9494
**Counsel for Plaintiff Yaco in *Rainwater* Action**

Joel Friedlander
James G. McMillan, III
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone:    (302) 573-3500
Facsimile:    (302) 573-3501
**Counsel for Plaintiffs in *Kravitz* Action**

Daniel Hume
David Kovel
Kirby McInerney & Squire LLP
830 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
**Counsel for Plaintiffs in *Kravitz* Action**

Dated: July 11, 2005

THE FURTH FIRM LLP

By:

Alex C. Turan (Cal. Bar. No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Attorneys for Plaintiffs Michael Brauch and
Andrew Meimes

**TAB C**

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re Microprocessor Antitrust Litigation

MDL Docket No. 1717

**NOTICE OF RELATED, TAG-ALONG ACTIONS**

Pursuant to Rules 7.2(i) and 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant Intel Corporation ("Intel") hereby notify the Clerk of the Panel of 41 tag-along actions. The actions are listed in the attached table.

Defendant Intel respectfully requests these actions be consolidated with the other noticed actions in the above captioned MDL, still under consideration by this Panel and set for a hearing on September 29, 2005.

SF/21635868.2

DATED: September 16, 2005

Richard A. Ripley
BINGHAM McCUTCHEN LLP
1120 20th Street, NW, Suite 800
Washington, DC 20036
Telephone: 202.778.6150
Facsimile: 202.778.6155

David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendant
INTEL CORPORATION for all putative class
actions

2

# ATTACHMENT

| CASE NAME | DISTRICT COURT | DIVISION | CASE NUMBER | ASSIGNED JUDGE |
|---|---|---|---|---|
| Ian Walker, individually and on behalf of all others similarly situated, v. Intel Corporation | California | Northern | C-05-2882 | Hon. Marilyn H. Patel |
| Peter Jon Naigow, individually and on behalf of all others similarly situated v. Intel Corporation | California | Northern | C-05-2898 | Hon. Marilyn H. Patel |
| Kevin Stoltz, individually and on behalf of all others similarly situated, v. Intel Corporation | California | Northern | C-05-2897 | Hon. Marilyn H. Patel |
| Patrick Hewson, individually and on behalf of all others similarly situated, v. Intel Corporation | California | Northern | C-05-2916 | Hon. Marilyn H. Patel |
| Lawrence Lang on behalf of himself and all others similarly situated v. Intel Corporation | California | Northern | C-05-2957 | Hon. Marilyn H. Patel |
| Trotter-Vogel Realty, Inc. *d/b/a* Prudential California Realty, individually, and on behalf of all those similarly situated, v. Intel Corporation | California | Northern | C-05-3028 | Hon. Marilyn H. Patel |
| Karol Juskiewicz, on behalf of himself and all others similarly situated, v. Intel Corporation | California | Northern | C-05-3094 | Hon. Jeffery S. White |
| Athian Uwakwe, *d/b/a/* Tom Cyp Computers, individually, and on behalf of all those similarly situated, v. Intel Corporation | California | Northern | C-05-3197 | Hon. Marilyn H. Patel |

SF2\1638827 2

| CASE NAME | DISTRICT COURT | DIVISION | CASE NUMBER | ASSIGNED JUDGE |
|---|---|---|---|---|
| Jose Juan, on behalf of himself and all others similarly situated, v. Intel Corporation | California | Northern | C-05-3271 | Hon. Edward M. Chen |
| Dressed to Kill Draperies, LLC, and all others similarly situated, v. Intel Corporation | California | Northern | C-05-3272 | Hon. James Larson |
| Tracy Kinder, on behalf of himself and all others similarly situated, v. Intel Corporation | California | Northern | C-05-3273 | Hon. Saundra Brown Armstrong |
| Edward Rush on behalf of himself and all others similarly situated, v. Intel Corporation | California | Northern | C-05-3277 | Hon. Elizabeth D. Laporte |
| Christian Ambrusoso on behalf of himself and all others similarly situated v. Intel Corporation | Delaware | | 1:05-cv-00505 | Hon. Joseph J. Farnan, Jr. |
| Michael E. Ludt on behalf of himself and all others similarly situated v. Intel Corporation | Delaware | | 1:05-cv-00510 | Hon. Joseph J. Farnan, Jr. |
| Paul C. Czysz, on behalf of himself and all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00509 | Hon. Joseph J. Farnan, Jr. |
| Elizabeth B. Baran on behalf of herself and all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00508 | Hon. Joseph J. Farnan, Jr. |
| Ficor Acquisition Co. LLC, Richard Caplan; Maria Pilar Salgado; Paula Nardella; Nancy Wolfe; Leslie March; | Delaware | | 1:05-cv-00515 | Hon. Joseph J. Farnan, Jr. |

SF/21635827.2

| CASE NAME | DISTRICT COURT | DIVISION | CASE NUMBER | ASSIGNED JUDGE |
|---|---|---|---|---|
| Tom Hobbs; Andrew Marcus; Virginia Deering, on their own behalves and on behalf of all others similarly situated v. Intel Corporation | | | | |
| HP Consulting Services Inc, on behalf of itself and all others similarly situated v. Intel Corporation | Delaware | | 1:05-cv-00521 | Hon. Joseph J. Farnan, Jr. |
| Fairmont Orthopedics & Sports Medicine, P.A., on behalf of itself and all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00519 | Hon. Joseph J. Farnan, Jr. |
| Carrol Cowan Leonard Lorenzo; Russell Dennis. individually and on behalf of all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00522 | Hon. Joseph J. Farnan, Jr. |
| Law Offices of Kwasi Asiedu, on behalf of itself and all others similarly situated v. Intel Corporation | Delaware | | 1:05-cv-00520 | Hon. Joseph J. Farnan, Jr. |
| Lena K. Manyin and Jason Craig, on their own behalves and on behalf of all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00526 | Hon. Joseph J. Farnan, Jr. |
| Joseph Samuel Cone, on behalf of himself and all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00531 | Hon. Joseph J. Farnan, Jr. |
| Jerome Feitelberg, on behalf of | Delaware | | 1:05-cv-00532 | Hon. Joseph J. Farnan, Jr. |

| CASE NAME | DISTRICT COURT | DIVISION | CASE NUMBER | ASSIGNED JUDGE |
|---|---|---|---|---|
| himself and all others similarly situated, v. Intel Corporation | | | | |
| Robin S. Weeth, on behalf of himself and all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00533 | Hon. Joseph J. Farnan, Jr. |
| Melinda Harr, D.D.S., P.C. on behalf of itself and all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00537 | Hon. Joseph J. Farnan, Jr. |
| Andrew S. Cohn, on behalf of himself and all others similarly situated v. Intel Corporation | Delaware | | 1:05-cv-00539 | Hon. Joseph J. Farnan, Jr. |
| Maria Griffin, on behalf of herself and all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00540 | Hon. Joseph J. Farnan, Jr. |
| Henry Kornegay, on behalf of himself and all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00541 | Hon. Joseph J. Farnan, Jr. |
| Paul Ramos, on behalf of himself and all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00544 | Hon. Joseph J. Farnan, Jr. |
| Bergerson & Associates, Inc., on behalf of himself and all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00547 | Hon. Joseph J. Farnan, Jr. |
| David Arnold, on behalf of himself and all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00554 | Hon. Joseph J. Farnan, Jr. |

SF:21635827.2

| CASE NAME | DISTRICT COURT | DIVISION | CASE NUMBER | ASSIGNED JUDGE |
|---|---|---|---|---|
| Lee Pines, on behalf of himself and all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00560 | Hon. Joseph J. Farnan, Jr. |
| Stuart Munson, on behalf of himself and all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00558 | Hon. Joseph J. Farnan, Jr. |
| Phillip Boeding, on behalf of himself and all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00557 | Hon. Joseph J. Farnan, Jr. |
| Angel Gentese Gideon Elliot Nir Goldman, on behalf of themselves and all others similarly situated, v. Intel Corporation | Delaware | | 1:05-cv-00556 | Hon. Joseph J. Farnan, Jr. |
| Damon DiMarco individually and on behalf of all others similarly situated v. Intel Corporation | Delaware | | 1:05-cv-00627 | Hon. Joseph J. Farnan, Jr. |
| Justin Suarez on behalf of himself and all others similarly situated, v. Intel Corporation | California | Southern | 05-CV-1507 | Hon. Thomas J. Whelan |
| Nathaniel Schwartz, individually and on behalf of all others similarly situated v. Intel Corporation | Florida | Southern | 05-22262 | Hon. Jose E. Martinez |
| Andrew Armbrister and Melissa Armbrister, on behalf of themselves and all others similarly situated, v. Intel Corporation | Tennessee | Eastern | 2:05-cv-212 | Hon. J. Ronnie Greer |

RECEIVED
CLERK'S OFFIC

2005 SEP 13 P 3

JUAL PANEL
MULTIDISTRIC
LITIGATION

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

In re Microprocessor Antitrust Litigation

MDL Docket No. 1717

## AMENDED PROOF OF SERVICE

PROOF OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in 0 County, District of Columbia at 1120 20th Street, NW, Suite 800, Washington, District of Columbia 20036-3406. I am readily familiar with the practice of this office for collection and processing of correspondence for mail delivery, and they are deposited that same day in the ordinary course of business.

On September 13, 2005, I served the attached to the following entities:

**NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

X (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Washington, District of Columbia in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by _____ in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

☐ (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

**PLAINTIFFS' COUNSEL**

**The Furth Firm, LLP**
Michael P. Lehmann
Thomas P. Dove
Alex C. Turan
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

*Brauch, and Meimes v. Intel Corp.,*
*Allanoff, et al. v. Intel Corp., Lazio*
*Family Prods., et al. v. Intel Corp.,*
*Roach v. Intel Corp.*

**Law Offices of Jeffrey F. Keller**
Jeffrey F. Keller
Kathleen R. Scanlan
425 Second Street, Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Facsimile: (415) 543-7861

*Stoltz, et al. v. Intel Corp., Naigow, et*
*al. v. Intel Corp.*

**O'Melveny & Myers LLP**
Charles P. Diamond
Linda J. Smith
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Telephone: (310) 246-6800
Facsimile: (310) 246-6779

*AMD, AMD International Sales &*
*Service, Ltd. v. Intel Corp.*

**Chimicles & Tikellis LLP**
Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
On Rodney Square
P.O. Box 1035
Wilmington, DE 19999
Telephone: (302) 656-2500
Facsimile: (302) 656-9053

*Volden, et al. v. Intel Corp., Ludt v.*
*Intel Corp., Czysz v. Intel Corp.,*
*Baran v. Intel Corp., Cowan, et al. v.*
*Intel Corp., Ficor Acquisition Co. LLC*
*d/b/a Mills & Greer Sporting Goods;*
*Richard Caplan; Maria Pilar*
*Salgado; Paula Nardella; Nancy*
*Wolfe; Leslie March; Tom Hobbs;*
*Andrew Marcus; Virginia Deering v.*
*Intel Corp., Genese, et al. v. Intel*
*Corp., DiMarco v. Intel Corp.*

**Bouchard, Margules & Friedlander, PA**
Joel Friedlander
James G. McMillan, III
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
Facsimile: (302) 573-3501

*Kravitz, and Allison v. Intel Corp.*

**Lieff, Cabraser, Heimann & Bernstein, LLP**
Michele C. Jackson
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Frazier, Frazier and Weiner v. Intel Corp.*

**Hosie McArthur LLP**
Spencer Hosie
Bruce J. Wecker
One Market Street
Spear Street Tower #2200
San Francisco, CA 94105
Telephone: (415) 247-6000
Facsimile: (415) 247-6001

*Dickerson v. Intel Corp.*

**Saveri & Saveri, Inc.**
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*The Harman Press, et al. v. Intel Corp., Shanghai 1930 Restaurant Partners, LP, et al. v. Intel Corp., Major League Softball, Inc. v. Intel Corp.*

**Prickett, Jones & Elliott PA**
James L. Holzman
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
Telephone: (302) 888-6509
Facsimile: (302) 658-8111

*Paul v. Intel Corp., Fairmont
Orthopedics & Sports Medicine P.A.
v. Intel Corp., Feitelberg, et al. v. Intel
Corp., Harr v. Intel Corp., Ambruoso
v. Intel Corp., HP Consulting Services,
Inc. v. Intel Corp., Law Office of
Kwasi Asiedu v. Intel Corp., Weeth v.
Intel Corp., Kornegay v. Intel Corp.,
Bergerson & Associates, Inc. v. Intel
Corp., Salpeter, et al. v. Intel Corp.,
Boeding v. Intel Corp., Munson v.
Intel Corp., Pines v. Intel Corp.*

**Schmittinger & Rodriguez, PA**
Scott E. Chambers
414 State Street
P.O. Box 497
Dover, DE 19903
Telephone: (302) 674-0140
Facsimile: (302) 674-1830

*Ruccolo v. Intel Corp., Maryin, et al.
v. Intel Corp., Cohn v. Intel Corp.,
Griffin v. Intel Corp., Paul Ramos v.
Intel Corp.*

**Zelle, Hofmann, Voelbel, Mason &
Gette, LLP**
Craig C. Corbitt
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

*Law Offices of Laurel Stanley, et al. v.
Intel Corp.*

**Rosenthal, Monhait, Gross &
Goddess**
Jeffrey S. Goddess
Mellon Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Telephone: (302) 656-4433
Facsimile: (302) 658-7567

*Simon v. Intel Corp., Chacon and Russ
v. Intel Corp., Cone v. Intel Corp.*

**Trump, Alioto, Trump & Prescott**
Mario Nunzio Alioto
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Lang v. Intel Corp.*

**Cotchett, Pitre, Simon & McCarthy**
Joseph Cotchett
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Trotter-Vogel Realty, et al. v. Intel
Corp.*

PROOF OF SERVICE
4

**Law Offices of Joseph M. Patane**
Joseph M. Patane
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0677

*Karol Juskiewicz v. Intel Corp.*

**Post Kirby Noonan & Sweat LLP**
Michael L. Kirby
Jonathan A. Boynton
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone: (619) 231-8666
Facsimile: (619) 231-9593

*Justin Suarez v. Intel Corp.*

**Hagens Berman Sobol Shapiro, LLP**
Steve W. Berman
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101

*Hamilton v. Intel Corp., Lipton, and Thibedeau v. Intel Corp., Niehaus v. Intel Corp., Prohias, et al v. Intel Corp., Konieczka v. Intel Corp., Schwartz v. Intel*

**Reinhardt, Wendorf & Blanfield**
Garrett D. Blanchfield, Jr.
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

*Baxley v. Intel Corp.*

**Wolf Haldenstein Adler Freeman & Herz LLC**
Fred T. Isquith
270 Madison Avenue
11th Floor
New York, NY 10016

*Kidwell, Maita, JWRE Inc., Moeller, and Harms v. Intel Corp., Rainwater, Chapman, Reeder, and Yaco v. Intel Corp.*

**Glassman, Edwards, Wade & Wyatt, P.C.**
B.J. Wade
26 North Second Street
Memphis, TN 38103

*Wiles v. Intel Corp.*

PROOF OF SERVICE

**Drummond & Associates**
Donald F. Drummond
One Calfornia Street
Suite 300
San Francisco, CA 94111
Telephone: (415) 433-2261
Facsimile:  (415) 438-9819

*Juan v. Intel Corp., Dressed to Kill
Draperies, LLC v. Intel Corp., Kinder
v. Intel Corp., Rush v. Intel Corp.*

**Spector, Roseman & Kodroff, P.C.**
Eugene A. Spector
Jeffrey L. Kodroff
Jeffrey J. Corringan
Bill Caldes
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile:  (215) 496-6611

*Arnold v. Intel Corp.*

**Goodkind, Labaton, Rudoff &
Sucharow LLP**
Hollis L. Salzman
Kellie Safar
100 Park Avenue
New York, New York 10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Genese, et al. v. Intel Corp.*

**Kirby, McInerney & Squire LLP**
Daniel Hume.
David Kovel
830 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600

*Kravitz and Allison v. Intel*

**Schmittinger & Rodriguez, P.A.**
Scott E. Chambers
Jeffrey J. Clark
414 South State Street
P.O. Box 497
Dover, DE 19903
Telephone: (302) 674-0140

*Arnold v. Intel Corp.*

**The Law Offices of Randy M.
Weber, P.A.**
777 Brickell Avenue
Suite 1114
Miami, FL 33131
Telephone: (305) 536-3434
Facsimile:  (305) 536-3433

*Arnold v. Intel Corp.*

**Barrack Rodos & Bacine**
Mark Rosen
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile:  (215) 963-0838

*Simon v. Intel*

**Trujillo Rodriguez & Richards LLP**
Ira Neil Richards
The Penthouse
226 W. Rittenhouse Square
Philadelphia, PA 19103
Telephone:  (215) 731-9004

*Chacon and Russ v. Intel*

PROOF OF SERVICE
6

**Mager & Goldstein LLP**
Jayne A. Goldstein
2825 University Drive, Suite 350
Coral Springs, FL 33065
Telephone: (954) 341-0844

*Ficor Acquisition Co. LLC d/b/a Mills
& Greer Sporting Goods; Richard
Caplan; Maria Pilar Salgado; Paula
Nardella; Nancy Wolfe; Leslie March;
Tom Hobbs; Andrew Marcus; Virginia
Deering v. Intel Corp.,*

**Finkelstein, Thompson & Loughran**
Shannon P. Cereghimo
Ali Oromchian
Christine G. Pedigo
601 Montgomery Street, Suite 665
San Francisco, CA 94111

*Walker v. Intel Corp.*

**Ross, Dixon & Bell LLP**
Roy M. Bell
Jason S. Hartley
550 West B. Street, suite 400
San Diego, CA 92101
Telephone: (619) 235-4040

*Gabriella Herroeder-Perras v. Intel*

**Ball & Scott**
Gordon Ball
550 W. Main Ave., Ste. 750
Knoxville, TN, 37902

*Armbrister v. Intel Corp.*

   I declare that I am employed in the office of a member of the bar of this District
of Columbia at whose direction the service was made and that this declaration was executed on
September 13, 2005, at Washington, District of Columbia.

            E. Thanh Knudson