UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division



Case Number: 05-22262-CIV-MARTINEZ-BANDSTRA

NATHANIEL SCHWARTZ, individually and on
behalf of all others similarly situated,

    Plaintiffs,

vs.

INTEL CORPORATION, a Delaware
corporation,

    Defendant.



### ORDER STAYING CASE AND ADMINISTRATIVELY CLOSING CASE

THIS CAUSE came before the Court upon the parties' Stipulation Staying Action, which is attached to this Order. That Stipulation requests that this action be stayed pending the decision by the Judicial Panel on Multidistrict Litigation whether to consolidate this case as part of MDL 1717, *In re Intel Corp. Microprocessor Antitrust Litigation*. It is hereby:

**ORDERED AND ADJUDGED** that

This case shall be **ADMINISTRATIVELY CLOSED**, for statistical purposes only, and this shall not affect any substantive rights of any of the parties. Any party may move to reopen this case at the appropriate time. The Clerk is directed to DENY all pending motions as moot for statistical purpose only. This shall not prejudice the rights of the parties to this litigation.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of November, 2005.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 05-22262-CIV- MARTINEZ/BANDSTRA

NATHANIEL SCHWARTZ,
individually and on behalf of all others
similarly situated,

    Plaintiffs,

v.

INTEL CORPORATION, a Delaware
Corporation

    Defendant.



**STIPULATION AND [PROPOSED] ORDER STAYING ACTION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that the above-styled action is stayed pending the decision by the Judicial Panel on Multidistrict Litigation whether to consolidate this case as part of MDL 1717, *In re Intel Corp. Microprocessor Antitrust Litigation.*

Dated: October 31, 2005

| | |
|---|---|
| HARKE & CLASBY LLP | DUANE MORRIS LLP |
| */s/ Lance A. Harke* | */s/ Harvey W. Gurland, Jr.* |
| Lance A. Harke, P.A. | Harvey W. Gurland, Jr., P.A. |
| (Fla. Bar No. 863599) | (Fla. Bar No. 284033) |
| Howard M. Bushman | 200 South Biscayne Boulevard, 34th Floor |
| (Fla. Bar No. 0364230) | Miami, FL 33131 |
| 155 South Miami Avenue | Telephone: (305) 960-2200 |
| Suite 600 | Facsimile: (305) 960-2201 |
| Miami, FL 33130 | |
| Phone: (305) 536-8220 | |
| Facsimile: (305) 536-8229 | |
| | |
| HAGENS BERMAN SOBOL SHAPIRO LLP | BINGHAM McCUTCHEN LLP |
| Steve W. Berman | David M. Balabanian |
| Anthony D. Shapiro | Christopher B. Hockett |
| 1301 Fifth Avenue, Suite 2900 | Joy K. Fuyuno |
| Seattle, WA 98101 | Three Embarcadero Center |
| Telephone: (206) 623-7292 | San Francisco, CA 94111-4067 |
| Facsimile: (206) 623-0594 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| | |
| | Richard A. Ripley |
| | 1120 20th Street, N.W. |
| Attorneys for Plaintiff | Suite 800 |
| NATHANIEL SCHWARTZ | Washington, DC 20036 |
| | Telephone: (202) 778-6101 |
| | Facsimile: (202) 393-6929 |
| | |
| | Attorneys for Defendant |
| | INTEL CORPORATION |

SO ORDERED this ___ day of _____, 2005

_____
HON. JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was sent via United States Mail this 1st day of November, 2005, to: Lance A. Harke, P.A., Howard M. Bushman, Esq., Harke & Clasby, LLP, 155 South Miami Avenue, Suite 600, Miami, Florida 33130 and Steve W. Berman, Esq., Anthony D. Shapiro, Esq., 1301 Fifth Avenue, Suite 2900, Seattle, Washington 98101.

*[signature]*
Harvey W. Gurland, Jr., P.A.