JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

0 5   9 1 2

DEC - 6 2005

FILED by _____ D.C.
FILED DKTG
CLERK'S OFFICE

DEC 2 8 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

DOCKET NO. 1717

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION

1:05-22262

(SEE ATTACHED SCHEDULE)

RECEIVED
JAN 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CONDITIONAL TRANSFER ORDER (CTO-1)

On November 8, 2005, the Panel transferred ten civil actions to the United States District Court for the District of Delaware for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Joseph J. Farnan, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Delaware and assigned to Judge Farnan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Delaware for the reasons stated in the order of November 8, 2005, ___ F.Supp.2d ___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Joseph J. Farnan, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Delaware. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 2 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS
### DOCKET NO. 1717
### IN RE INTEL CORP. MICROPROCESSOR ANTITRUST LITIGATION

**DIST. DIV. C.A. #**           **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN 3  05-2830      Shanghai 1930 Restaurant Partners, L.P. v. Intel Corp.
  CAN 3  05-2831      Major League Softball, Inc. v. Intel Corp.
  CAN 3  05-2834      Benjamin Allanoff v. Intel Corp.
  CAN 3  05-2858      Law Offices of Laurel Stanley, et al. v. Intel Corp.
  CAN 3  05-2859      Lazio Family Products v. Intel Corp.
  CAN 3  05-2882      Ian Walker v. Intel Corp.
  CAN 3  05-2897      Kevin Stoltz v. Intel Corp.
  CAN 3  05-2898      Peter Jon Naigo v. Intel Corp.
  CAN 3  05-2916      Patrick J. Hewson v. Intel Corp.
  CAN 3  05-2957      Lawrence Lang v. Intel Corp.
  CAN 3  05-3028      Trotter-Vogel Realty, Inc. v. Intel Corp.
  CAN 3  05-3094      Karol Juskiewicz v. Intel Corp.
  CAN 3  05-3197      Athan Uwakwe v. Intel Corp.
  CAN 3  05-3271      Jose Juan v. Intel Corp.
  CAN 3  05-3272      Dressed to Kill Custom Draperies LLC v. Intel Corp.
  CAN 3  05-3273      Tracy Kinder v. Intel Corp.
  CAN 3  05-3277      Edward Rush v. Intel Corp.

CALIFORNIA SOUTHERN
  CAS 3  05-1507      Justin Suarez v. Intel Corp.

FLORIDA SOUTHERN
  FLS 1  05-22262     Nathaniel Schwartz v. Intel Corp.

KANSAS
  ~~KS 6 05-1303~~        ~~Marvin D. Chance, Jr. v. Intel Corp., et al.~~ Opposed 12/21/05

TENNESSEE EASTERN
  TNE 2  05-212       Andrew Armbrister, et al. v. Intel Corp.

TENNESSEE WESTERN
  TNW 2  05-2605      Cory Wiles v. Intel Corp.

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

December 22, 2005

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

Re: MDL-1717 -- In re Intel Corp. Microprocessor Antitrust Litigation

(See Attached CTO-1)

Dear Mr. Dalleo:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on December 6, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _Denise Morgan_
Deputy Clerk

Attachment

cc:  Transferee Judge:   Judge Joseph J. Farnan, Jr.
     Transferor Judge:   (See Attached List of Judges)
     Transferor Clerk:   (See Attached List of Clerks)

JPML Form 36