

UNITED STATES DISTRICT COURT          0 5     9 1 2
SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT

January 5, 2006

United States District Court
District of Delaware
Federal Building, Lockbox 18
844 N. King Street
Wilmington, DE 19801



RE:  MDL# 1717 Intel Corporation Antitrust
     Our Case #05-22262-Civ-Martinez, Schwartz v. Intel

Dear Sir:

In compliance with the Conditional Order of Transfer, we are forwarding herewith the court file together with certified copies of the docket sheet and transfer Order.

Please acknowledge receipt of the above on the enclosed copy of this letter.

CLARENCE MADDOX
Clerk of Court

by: _____

   Clement D. Hammond
   Deputy Clerk

Encl.

```
CLERK'S ACKNOWLEDGMENT OF RECEIPT

Receipt of: 1) court file
            2) Certified copy of
               Transfer Order
            3) Certified copy of
               Docket sheet

is hereby acknowledged.  This case
has been assigned our case number:

_____

by: _____, Deputy Clerk

on: _____
```

DC30
(Rev. 1/82) ⊕

**CERTIFIED COPY**

05   912

United States of America } ss:   1:05-22262 CIV - Martinez
Southern DISTRICT OF Florida         Nathaniel Schwartz
                                     v.
                                     Intel

I, Clarence Maddox, Clerk of the United States District Court for the Southern District of Florida, do hereby certify that the annexed and foregoing is a true and full copy of the original file   DE 1-13

> RECEIVED
> JAN 9 2006
> U.S. DISTRICT COURT
> DISTRICT OF DELAWARE

now remaining among the records of the said Court in my office.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the aforesaid Court at

this  5th  day of  January  , A.D. 19 2006

Clarence Maddox
_____ Clerk.

By _____
                             Deputy Clerk.