OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
**CLERK**

LOCKBOX 18
844 NORTH KING STREET
BOGGS FEDERAL BUILDING
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 10, 2006

TO: Counsel of Record (See attached)

RE: <u>IN RE INTEL CORPORATION, MDL 05-1717 JJF</u>

Dear Counsel:

This is to advise you that a certified copy of the Multi-District Conditional Transfer Order was docketed in this court on 12/6/05.

The following action has been transferred to the District of Delaware:

<u>Schwartz v. Intel Corp.</u>, C.A. No. 05-22262
USDC Delaware's civil action number 05-912 JJF

The name and address of the Judge to whom this case has been assigned in this court is:

The Honorable Joseph J. Farnan, Jr.
United States Judge
District of Delaware
844 N. King St., Lockbox 27
Wilmington, DE 19801

Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the bar of this Court, will register for ECF on a case-by-case basis. Enclosed with this letter is a Registration Form. An original signed registration form should be submitted to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

Additionally, a copy of the District of Delaware's Local Rules is available on our website at: www.ded.uscourts.gov.

Any questions concerning the case management of this case should be directed to:

Deborah Krett
Case Manager to Judge Joseph J. Farnan, Jr.
(302) 573-6168

Thank you.

                                      Sincerely,
                                      PETER T. DALLEO, CLERK

                                      __/s/_____
                                      Monica Mosley
                                      Deputy Clerk

cc:     Honorable Joseph J. Farnan, Jr.
        Counsel on Attached Mailing List for 05-912 JJF